J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| D. SCOTT BABBIT and SHARON ALEXANDER,<br><br>                    Plaintiffs,<br>v.<br><br>TOWN OF STEILACOOM, a Municipal Corporation,<br><br>                    Defendant. | NO. C05-5644 JKA<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and defendants, acting by and through their respective attorneys, that the above-entitled action may be dismissed with prejudice and without attorneys' fees and costs to either party, this matter having been fully settled and compromised between the parties.

_____         _____
Date                                       Jon Cushman, WSBA No. 16547
                                                   Attorney for Plaintiffs


_____         _____
Date                                       Jeffrey S. Myers  WSBA No. 16390
                                                   Attorney for Defendant

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL - 1

CASE NO. C05-5644 JKA

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

## ORDER

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby

ORDERED that the above-entitled action be dismissed with prejudice and without attorneys' fees and costs to either party.

DATED this 16th day of May, 2006.

*/s/ J. Kelley Arnold*
Hon. J. Kelley Arnold
United States Magistrate Judge

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

_____
Jeffrey S. Myers, WSBA No. 16390
Attorney for Defendant

**Approved for entry:**

_____
Jon Cushman, WSBA No. 16547
Attorney for Plaintiffs

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL - 2

CASE NO. C05-5644 JKA

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511